IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY JONES,<br><br>      Plaintiff,<br><br>  v.<br><br>JERRY BROWN, et al.,<br><br>      Defendants.<br>_____ | No. C 13-5172 JSW (PR)<br><br>**ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

    Pursuant to the referral from the United States Court of Appeals, this Court certifies that the appeal is taken in good faith and Plaintiff is GRANTED leave to proceed in forma pauperis on appeal.

    IT IS SO ORDERED.

DATED:  January 14, 2014

*Jeffrey S. White*
_____
JEFFREY S. WHITE
United States District Judge